# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BLANCH,<br>    Plaintiff(s),<br>v.<br>ALBERTSON'S LLC, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00599-JCM-NJK<br><br>**Order** |

The parties were ordered to file a stipulated discovery plan by May 11, 2022. Docket No. 5. The parties have not done so. The parties are hereby **ORDERED** to file, no later than May 18, 2022, a joint proposed discovery plan. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: May 13, 2022

                                              Nancy J. Koppe<br>
                                              United States Magistrate Judge