Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants,
*Albertson's LLC and*
*Albertson's Companies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BLANCH, individually, | **Case No. 2:22−cv−00599−JCM−NJK** |
| Plaintiff, | |
| vs. | **Stipulation and Order to Extend Discovery** |
| ALBERTSON'S LLC, A Foreign Limited-Liability Company; ALBERTSON'S COMPANIES, INC., a Foreign Corporation; DOE EMPLOYEE; DOE DEFENDANT 1-10, inclusive; ROE CORPORATION 1-10,inclusive, | **(Second Request)** |
| Defendants. | |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-4, Defendants ALBERTSON'S LLC and ALBERTSON'S COMPANIES, INC ("Defendants"), by and through its counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, and Plaintiff JAMES BLANCH ("Plaintiff"), by and through his counsel of record, RICHARD HARRIS LAW FIRM, hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days.  The parties propose the following revised discovery plan *(new information is in bold italics)*:

. . . .

Pursuant to Local Rule 26-3, it is respectfully submitted the Parties' failure to request the instant extension of discovery twenty-one (21) days prior to the deadline for discovery cut-off was the result of excusable neglect. Specifically noting the failure to request the extension of was a mere oversight by the Parties. *Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a ***sixty (60) day*** extension will not impact a trial date because the same has not been scheduled; 3) the Parties, their respective Counsel, and witnesses have been limited in appearing for deposition due to the Covid-19 pandemic ***and holiday season***; and 4) the requested extension is made in good faith by both Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

## I.

## DISCOVERY COMPLETED TO DATE

1. A Joint Discovery Plan and Scheduling Order (EFC No. 9) was filed on May 16, 2022;

2. Plaintiff served her Initial Disclosure Pursuant to FRCP 26 on May 5, 2022, ***with two supplements thereto;***

3. Defendants served its Initial Disclosure Pursuant to FRCP 26 on May 20, 2022, ***with two supplements thereto;***

4. Plaintiff served her First Sets of Requests for Production, Interrogatories, and Requests for Admission to Defendant on June 2, 2022;

5. ***Defendants responded to Plaintiff's First Set of Requests for Production, Interrogatories, and Requests for Admission;***

6. ***Defendants served their First Set of Requests for Production and Interrogatories to Plaintiff on July 21, 2022;***

2

CASE NO.: 2:22-cv-00599-JCM-NJK
*Blanch v. Albertsons LLC*
*Stipulation and Order to Extend (Second Request)*

7. ***Plaintiff responses to Defendants' First Set of Requests for Production and Interrogatories;***

8. ***Plaintiff Disclosed her Designation of Initial Expert Witnesses on August 5, 2022; and***

9. ***Plaintiff took a Notice of Non-Appearance of former security guard Stephen Carr on August 17, 2022.*** 10.

## II.

### DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

1. ***Deposition of Plaintiff***
   a. ***Scheduled for September 1, 2022***

2. ***Rule 35 Examination of Plaintiff***
   a. ***Scheduled with Dr. Reynold Rimoldi for September 19, 2022***

3. ***Deposition of Defendants' former Third Key Manager Richard Botto***
   a. ***Scheduled for October 19, 2022***

4. ***Deposition of Defendants' Courtesy Clerk Daniel Munoz-Becerra***
   a. ***Scheduled for October 19, 2022***

5. ***Re-Notice and/or file a Motion to Compel the deposition of former security guard Stephen Carr***

6. Depositions of Plaintiff's treating medical providers

7. Deposition of Defendants' FRCP 30(b)(6) representative(s)

8. Depositions of initial and rebuttal expert witnesses

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545

3

9. Additional written discovery and depositions as the Parties deem necessary.

The Parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension.

### III.

### REASONS WHY DISCOVERY WAS NOT COMPLETED

### WITHIN TIME SET BY DISCOVERY PLAN

The parties are not asking for this extension to delay these proceedings. Instead, the parties request this extension so they may complete the necessary discovery to fully litigate all claims and defenses in this matter. As it stands right now, the expert disclosure deadlines is ~~July 25, 2022~~ ***August 24, 2022***. Plaintiff has retained Dr. Will Muir, MD and his retained expert. Dr. William Muir is in Europe and out of the country until July 17, 2022 and has indicated that he will be unable to review Plaintiff's medical records and author a report by July 25, 0222. Furthermore, Plaintiff just recently completed treating for the injuries he sustained as a result of this incident and his counsel is diligently working to obtain a complete set of medical records to provide Dr. William Muir, MD and defense counsel. Additionally, as Plaintiff is a candidate for repeat injection therapy in his neck and lower back, Defendant wishes for him to under an evaluation with their own expert. However, it has been difficult to schedule said examination during the summertime and numerous experts are on vacation and unbailable to conduct said exam. ***The first date and time that Dr. Rimoldi had available, which worked with Plaintiff's schedule, was September 19, 2022.*** The parties have working to schedule deposition of numerous individual including the plaintiff (*scheduled September 1, 2022*), his wife, the store manager (*scheduled October 19, 2022*), the store security officer (*scheduled August 17, 2022 but the deponent did not appear*), and other percipient witnesses (*Courtesy Clerk Daniel*

4

CASE NO.: 2:22-cv-00599-JCM-NJK
*Blanch v. Albertsons LLC*
*Stipulation and Order to Extend (Second Request)*

*Munoz Becerra is scheduled for October 19, 2022*) but have been having difficulty arranging the same due to the vacation schedule of counsel and several witnesses.

The parties have entered into this agreement in good faith and not for purposes of delay.

### IV.

### DISCOVERY DEADLINES

| | |
|---|---|
| Discovery cutoff: | November 22, 2022 |
| Amending the pleadings or adding parties: | Closed |
| Expert disclosures: | August 24, 2022 |
| Rebuttal expert disclosures: | September 23, 2022 |
| Dispositive motions: | December 22, 2022 |

### VII.

### [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| Discovery cutoff: | *January 22, 2023* |
| Amending the pleadings or adding parties: | *Closed* |
| Expert disclosures: | *October 24, 2022* |
| Rebuttal expert disclosures | *November 22, 2022* |
| Dispositive motions: | *February 21, 2023* |

The Parties aver that this request for extension of discovery deadlines is made by the

. . . .

. . . .

. . . .

. . . .

5

*CASE NO.: 2:22-cv-00599-JCM-NJK*
*Blanch v. Albertsons LLC*
*Stipulation and Order to Extend (Second Request)*

Parties in good faith and not for the purpose of delay.

DATED this __22nd__ day of August 2022.　　　　DATED this ___22nd__ day of August 2022.

RICHARD HARRIS LAW FIRM　　　　　　　　　BACKUS, CARRANZA & BURDEN.

*/s/ Samantha Martin*_____　　　　　　　 */s/ Jacquelyn Franco*_____
BENAJMIN P. CLOWARD, ESQ.　　　　　　　　JACK P. BURDEN, ESQ.
Nevada Bar No. 11087　　　　　　　　　　　　　Nevada Bar No. 6918
SAMANTHA A. MARTIN, ESQ　　　　　　　　　JACQUELYN FRANCO, ESQ.
Nevada Bar No. 12998　　　　　　　　　　　　　Nevada Bar No. 13484
801 S. 4th Street　　　　　　　　　　　　　　　　3050 South Durango Drive
Las Vegas, Nevada 89101　　　　　　　　　　　Las Vegas, Nevada 89117
*Attorney for Plaintiff*　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: August 23, 2022_____