Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendants,
*Albertson's LLC and*
*Albertson's Companies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BLANCH, individually, | ) |
|  | ) **Case No. 2:22−cv−00599−JCM−NJK** |
| Plaintiff, | ) |
| vs. | ) |
|  | ) **JOINT PRETRIAL ORDER** |
| ALBERTSON'S LLC, A Foreign Limited-Liability Company; ALBERTSON'S COMPANIES, INC., a Foreign Corporation; DOE EMPLOYEE; DOE DEFENDANT 1-10, inclusive; ROE CORPORATION 1-10,inclusive, | ) |
| Defendants. | ) |

After pretrial proceedings in this case,

IT IS ORDERED:

**I. NATURE OF THE ACTION**

This is an action arising from an incident that occurred on June 30, 2020, at the Albertsons LLC grocery store located at 5500 Boulder Hwy, Las Vegas, Nevada 89122 (the "Premises"). Plaintiff entered the store and proceeded through the floral department when he slipped and fell from spilled water. (the "Incident").

**II. STATEMENT OF JURISDICTION**

Defendants removed this action to the United States District Court for the District of

Nevada on April 8, 2022, pursuant to 28 U.S.C. § 1441(b). Defendants' removal of this action was timely pursuant to 28 U.S.C. § 1446(b)(3).

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because Plaintiff is and was at all relevant times a domiciliary of the State of Nevada, the amount in controversy exceeds $75,000.00 exclusive of costs and interest, and Defendants are and were at all relevant times a corporation duly incorporated in the state of Delaware and with a principle place of business in the State of Delaware.

Venue is properly laid in the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1391(b)(2).

### III. ADMITTED FACTS

The following facts are admitted by the parties and require no proof:

1. On or about June 30, 2020, Defendant ALBERTSON'S, LLC, owned and operated the ALBERTSON'S grocery store located at 5500 Boulder Hwy, Las Vegas, Nevada 89122;

2. On or about June 30, 2020, Plaintiff JAMES BLANCH was lawfully present at the ALBERTSON'S grocery store located at 5500 Boulder Hwy, Las Vegas, Nevada 89122; and

3. Defendant ALBERTSON'S LLC owed Plaintiff JAMES BLANCH a duty to provide a reasonably safe premise for his visit, as an invited person to the Premises.

### IV. UNCONTESTED FACTS

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:

1. On June 30, 2020, the COVID 19 pandemic and related restrictions were in place;

2. On June 30, 2020, an unknown customer knocked down the vase in the floral department, causing water to be on the ground;

3. On June 30, 2020, as he was walking through the floral department, Plaintiff JAMES BLANCH slipped and fell from water that spilled from a vase;

4. On or about June 30, 2020, Richard Botto was an employee and working at the ALBERTSON'S grocery store located at 5500 Boulder Hwy, Las Vegas, Nevada 89122; and

5. On or about June 30, 2020, Daniel Munoz Becera was an employee and working at the ALBERTSON'S grocery store located at 5500 Boulder Hwy, Las Vegas, Nevada 89122.

## V. ISSUES TO BE TRIED

The following are the issues of fact to be tried and determined at trial:

1. Whether Defendant ALBERTSON'S LLC knew, or should have known, that the floor was wet;

2. Whether Defendant ALBERTSON'S LLC failed to properly warn Plaintiff JAMES BLANCH of a wet floor;

3. Whether Defendant ALBERTSON'S LLC was negligent;

4. Whether Plaintiff JAMES BLANCH was contributorily negligent;

5. Whether Plaintiff JAMES BLANCH sustained injuries as a result of slipping and falling on the clear liquid;

6. Whether Defendant ALBERTSON'S LLC's alleged failure to warn Plaintiff JAMES BLANCH of known hazard legally and proximately caused Plaintiff' JAMES BLANCHs complained injuries;

7. The nature and extent of injuries sustained by Plaintiff JAMES BLANCH as a result of the slip and fall;

8. Whether the medical treatment that Plaintiff JAMES BLANCH received was reasonable, necessary, and related to the injuries that she sustained;

9. Whether Plaintiff JAMES BLANCH will be reasonably certain to incur medical expenses in the future as a result of the Incident. If so, whether such future medical expenses are reasonable and customary;

10. Whether Plaintiff JAMES BLANCH is entitled to general damages, including pain and suffering, as a result of the Incident;

3

11. Whether Plaintiff JAMES BLANCH mitigated his injuries and damages;

12. Whether Plaintiff had a pre-existing condition or disability on June 30, 2020;

13. The amount of negligence, if any, attributable to each party in this litigation; and

14. Whether the subject incident was the proximate cause of Plaintiff JAMES BLANCH's claimed damages, as well as the extent of said damages.

## VI. ISSUES OF LAW

The following are the issues of law to be tried and determined at trial:

1. Whether Defendant ALBERTSON'S LLC owed Plaintiff JAMES BLANCH a duty of due care while she was physically present on Defendant ALBERTSON'S LLC'S premises.

2. Whether Defendant ALBERTSON'S LLC breached a duty owed to Plaintiff JAMES BLANCH.

3. Whether Defendant ALBERTSON'S LLC's alleged breach caused Plaintiff JAMES BLANCH's alleged damages.

## VII. EXHIBITS

a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

| BATES NO. | DESCRIPTION |
|---|---|
| HH000001-HH000072 | Medical bills and records, Henderson Hospital |
| DR000001 | Medical Bill, Desert Radiologists |
| SER000001 | Medical Bill, Shadow Emergency Physicians |
| NBC000001-NBC000144 | Medical bill and records, Neck and Back Clinics |
| LVR000001-LVR000009 | Medical bills and records, Las Vegas Radiology |
| PIN000001-PIN000043 | Medical bills and records, Pain Institute of Nevada |
| SDMI000001-SDMI000021 | Medical bills and records, Steinberg Medical Diagnostics |
| WM000001-WM000391 | Medical bills and records, Dr. William Muir |
| AICS000001-AICS000012 | Medical bills and records, Anesthesia and Intesive Care Specialists |
| DN000001-DN000019 | Medical bills and records, Desert Neurology |
| CHO000053-CHO000187 | Medical bills and records, Neurocare of Nevada |
| RPS000001-RPS000007 | Medical bills and records, Releviu Pain Specialists |
| BAU000001-BAU000054 | Medical bills and records, Janet Bauman, Phd |
| TMC000001-TMC000040 | Medical bills and records, TruCare Medical Center |
| LVNOR000001-LVNOR000072 | Medical bills and records, Las Vegas Neurosurgery, Orthopedics and Rehabilitation |

| BATES NO. | DESCRIPTION |
|---|---|
| ALB00001 | Surveillance |
| ALB00002-00004 | Albertsons Store Report |
| ALB00005 | Customer Incidence Report |

The medical bills and records disclosed by Plaintiff include the forgoing. Defendants stipulate that the medical bills and records disclosed by Plaintiff in this matter are authentic and, therefore, Plaintiff will not be required to call the Custodian of Records to testify as to authenticity. However, Defendants do not stipulate that the medical treatments and bills are reasonable, customary, and causally related to Plaintiff's injuries at issue.

    b)    As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

        i.    Plaintiff's exhibits and Defendants' objections to them:

| BATES NO. | DOCUMENT | DEFENDANTS' OBJECTIONS |
|---|---|---|
| PHO000001-PHO000024 | Twenty-four (24) pre-accident photographs of Plaintiff | Authentication [N.R.S. 52.015]<br>Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305]<br>Reasonableness [N.R.S. 50.275, 50.285]<br>Hearsay [N.R.S. 51.065] |
| TBD | Dr. Muir, MD Curriculum Vitae, Life Care Plan and Report | Authentication [N.R.S. 52.015]<br>Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305]<br>Reasonableness [N.R.S. 50.275, 50.285] |

In addition to the above objections:

a. Defendants reserve the right to make further objections regarding Plaintiff's proposed exhibits, including objections under FED. R. EVID. 402 and FED. R. EVID. 403.

b. Defendants further object to the extent that any exhibits involve matters in violation of any orders of the Court.

c. Defendants reserve the right to supplement or amend their objections as exhibits are introduced and to the extent that additional documents/exhibits, if any, are identified.

d. Defendants object to all disclosures which are not properly authenticated at the time of trial.

        ii.    Defendants' exhibits and Plaintiff's objections to them:

5

| BATES NO. | DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| ALB00006-00007 | Sweep Log | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00194-00197 | Time and Attendance Report 06-30-2020 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00198-00202 | Employee Punches Report 06-30-2020 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00203-00341 | General Safety Full | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00342-00429 | SW Division Handbook Final | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00430 | Sweep Best Practices | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] |
| ALB00431-00438 | Rimoldi MRR and FRCP 35 Report 09.19.2022 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00439-00443 | Rimoldi – Curriculum Vitae | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00444-00448 | Elizabeth Davis, Phd – Report – 10-24-22 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00449-00451 | Elizabeth Davis, Phd – CV | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00473-00474 | Michael McKenna – Report [Final] 10-5-22 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00475-00479 | Michael McKenna, MD – Curriculum Vitae | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |
| ALB00487-00488 | Rimoldi Supplement report 12-15-22 | Authentication [N.R.S. 52.015] Foundation [N.R.S. 50.025, 50.275, 50.285, 50.305] Hearsay [N.R.S. 51.065] |

c)   Whether the parties intend to present electronic evidence for purposes of jury deliberations:

Plaintiff intends to present electronic evidence in the form of jpegs, pdfs, etc., for purposes of jury deliberations.

Defendants intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Although it is not known at this time which exhibits will be electronically presented, Defendants will provide electronic evidence in an electronic format compatible with the Court's electronic jury evidence display system. Defendants will contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence display system.

d) Depositions:

    i. Plaintiff will offer the following depositions:

        a. Daniel Becerra

        b. Jody Wood

        c. Richard Botto

        d. Stephen Ray

    ii. Defendants will offer the following depositions:

        a. Plaintiff, James Blanch

        b. William Muir, MD

e) Objections to depositions:

    i. Plaintiff objects to defendants' depositions as follows: Plaintiff reserve their objections until the time of trial.

    ii. Defendants object to Plaintiff's depositions as follows: Defendants reserve their objections until the time of trial.

## VIII. WITNESSES

The following witnesses may be called by the parties at trial:

(a) Plaintiff's witnesses:

1.    James Blanch
      Richard Harris, Esq.
      Samantha A. Martin, Esq.
      RICHARD HARRIS LAW FIRM
      801 South Fourth Street

7

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

        Las Vegas NV, 89101
        Tel: (702) 444-4444

2.    Richard Botto, *former* third key manager
      109 Greenlawn St
      Mission, TX 78572
      Tel: (702) 981-9005

3.    Daniel Munoz Becerra, Courtesy Clerk
      558 Laughlin Way
      Las Vegas, NV 89110
      Tel: (702) 481-5070

4.    Albertsons LLC 30(b)(6) Corporate Witness
      c/o Jack Burden, Esq.
      BACKUS | BURDEN
      3050 S. Durango Drive
      Las Vegas, NV 89117
      Tel: (702) 872-5555

5.    Jewel Blanch
      Richard Harris, Esq.
      Samantha A. Martin, Esq.
      RICHARD HARRIS LAW FIRM
      801 South Fourth Street
      Las Vegas NV, 89101
      Tel: (702) 444-4444

6.    Joel Looney
      Richard Harris, Esq.
      Samantha A. Martin, Esq.
      RICHARD HARRIS LAW FIRM
      801 South Fourth Street
      Las Vegas NV, 89101
      Tel: (702) 444-4444

7.    Felicia Giffien
      Richard Harris, Esq.
      Samantha A. Martin, Esq.
      RICHARD HARRIS LAW FIRM
      801 South Fourth Street
      Las Vegas NV, 89101
      Tel: (702) 444-4444

8.    Doris Love
      Richard Harris, Esq.
      Samantha A. Martin, Esq.
      RICHARD HARRIS LAW FIRM
      801 South Fourth Street

```
                    Las Vegas NV, 89101
                    Tel: (702) 444-4444

            9.      Charles Johnson
                    Richard Harris, Esq.
                    Samantha A. Martin, Esq.
                    RICHARD HARRIS LAW FIRM
                    801 South Fourth Street
                    Las Vegas NV, 89101
                    Tel: (702) 444-4444

            10.     Antonio Blanch
                    Richard Harris, Esq.
                    Samantha A. Martin, Esq.
                    RICHARD HARRIS LAW FIRM
                    801 South Fourth Street
                    Las Vegas NV, 89101
                    Tel: (702) 444-4444

            11.     Derrick Johnson
                    Richard Harris, Esq.
                    Samantha A. Martin, Esq.
                    RICHARD HARRIS LAW FIRM
                    801 South Fourth Street
                    Las Vegas NV, 89101
                    Tel: (702) 444-4444

            12.     Dr. William Muir
                    653 N. Town Center Drive, Suite 210
                    Las Vegas, Nevada 89144

            13.     Dr. Mark Kabins, MD
                    Las Vegas Neurology, Orthopedics and Rehabilitation
                    501. S. Rancho Drive, Suite I-67
                    Las Vegas, Nevada 89106

    (b) Defendants' witnesses:

            1.      James Blanch
                    Richard Harris, Esq.
                    Samantha A. Martin, Esq.
                    RICHARD HARRIS LAW FIRM
                    801 South Fourth Street
                    Las Vegas NV, 89101
                    Tel: (702) 444-4444

            2.      Richard Botto, *former* third key manager
                    109 Greenlawn St
                    Mission, TX 78572
```

|   |   |
|---|---|
| | Tel: (702) 981-9005 |
| | *To be contacted through counsel* |

3. Daniel Munoz Becerra, Courtesy Clerk
   558 Laughlin Way
   Las Vegas, NV 89110
   Tel: (702) 481-5070

4. Stephen Carr, security
   2800 S. Eastern Ave.
   Las Vegas, NV 89169
   Tel: (702) 845-6814

5. Albertsons LLC 30(b)(6) Corporate Witness
   c/o Jack Burden, Esq.
   BACKUS | BURDEN
   3050 S. Durango Drive
   Las Vegas, NV 89117
   Tel: (702) 872-5555

6. Reynold Rimoldi
   Nevada Orthopedic & Spine Center
   7455 W. Washington Avenue, Suite 160
   Las Vegas, Nevada 89128
   Tel: (702) 878-0393

7. Michael John McKenna, MD
   3465 W. Sahara Ave. Suite 111-419
   Las Vegas, NV 89117
   Tel: (702) 334-0260

8. Elizabeth Davis, PhD, RN, CRRN, CLCP, CRC, IPEC
   Life Care Resources Inc.
   P.O. Box 754
   Cedar Bluff, Virginia 24609
   Tel: (276) 963-7736

### IX. TRIAL AVAILABILITY

The attorneys have met and jointly offer the three (3) following trial dates:

a. January 8, 2024
b. January 29, 2024
c. February 5, 2024

It is expressly understood by the undersigned that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the

court's calendar.

## X. LENGTH OF TRIAL

It is estimated that the trial will take a total of 7 days.

APPROVED AS TO FORM AND CONTENT:

*/s/ Samantha Martin*_____     */s/ Jacquelyn Franco*_____
Signature of Attorney for Plaintiff        Signature of Attorney for Defendants

## XI. ACTION BY THE COURT

This case is set for court/jury trial on the fixed/stacked calendar on the **February 22, 2024, at 9:00 a.m.** Calendar Call is set for **January 31, 2024, at 1:30 p.m.**

DATED: May 3, 2023.

_____
UNITED STATES DISTRICT JUDGE