# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES BLANCH,

    Plaintiff(s),

v.

ALBERTSON'S LLC,

    Defendant(s).

Case No. 2:22-cv-00599-JCM-NJK

**Order**

    In light of the parties' notice of settlement, Docket No. 23, the settlement conference is hereby **VACATED**.  Dismissal papers must be filed by October 12, 2023.

    IT IS SO ORDERED.

    Dated: September 13, 2023

                                                                                       Nancy J. Koppe
                                                                              United States Magistrate Judge