Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendants,
*Albertson's LLC and*
*Albertson's Companies, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BLANCH, individually, | Case No. 2:22−cv−00599−JCM−NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDEICE** |
| ALBERTSON'S LLC, A Foreign Limited-Liability Company; ALBERTSON'S COMPANIES, INC., a Foreign Corporation; DOE EMPLOYEE; DOE DEFENDANT 1-10, inclusive; ROE CORPORATION 1-10,inclusive, | |
| Defendants. | |

Plaintiff JAMES BLANCH, by and through his counsel of record Samantha A. Martin, Esq, of the Richard Harris Law Firm, Defendant ALBERTSON'S LLC and ALBERTSON;S COMPANIES, INC by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

2:22−cv−00599−JCM−NJK

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED:  October 16, 2023                                           DATED: October 16, 2023

**RICHARD HARRIS LAW FIRM**                              **BACKUS | BURDEN**

/s/   Samantha A. Martin                                                /s/       Jacquelyn Franco
Samantha A. Martin, Esq                                           Jack P. Burden, Esq.
Nevada Bar No. 12998                                                Jacquelyn Franco, Esq.
801 South Fourth Street                                              3050 South Durango Drive
Las Vegas, Nevada 89101                                           Las Vegas, Nevada 89117
Telephone: (702) 444-4444                                         (702) 872-5555
Facsimile: (702) 444-4455                                           (702) 872-5545
Samantha.Martin@richardharrislaw.com         *Attorneys for Defendant  Albertson's LLC*
*Plaintiff James Blanch*                                              *And Albertson's Companies, Inc.*

### ORDER - 2:22−cv−00599−JCM−NJK

The parties have stipulated and agree to the dismissal of Defendants ALBERTSON'S LLC. and ALBERTSON'S COMPANIES, INC. in this matter as set forth in the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendants in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

DATED October 19, 2023.

_James C. Mahan_
United States District Court Judge

2